**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01739-REB-KLM

JOHN FINN,

    Plaintiff,

v.

WEST ASSET MANAGEMENT, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before the court on the **Notice of Dismissal With Prejudice** [#11][1] filed July 17, 2014. After reviewing the notice and the record, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Notice of Dismissal With Prejudice** [#11] filed July 17, 2014, is **APPROVED**; and

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated July 17, 2014, at Denver, Colorado.

                                                     **BY THE COURT:**

                                                     */s/ Bob Blackburn*
                                                     Robert E. Blackburn
                                                     United States District Judge

---

[1] "[#11]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.